# Court of Appeals
# of the State of Georgia

ATLANTA, February 13, 2013

*The Court of Appeals hereby passes the following order:*

## A12A2427. ALLOR v. ROBINSON et al.

This appeal was docketed on August 02, 2012, and the appellant's brief was due August 22, 2012. Appellant did not file an enumeration of error or brief within 20 days of the docketing of the appeal as directed, and as of the date of this order has not filed or received an extension of time in which to file her brief.

Accordingly, this appeal is DISMISSED. Court of Appeals Rules 7, 13, and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/13/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*